## Commonwealth *v.* Thompson, Appellant.

Submitted December 11, 1969. *Stanley M. Shingles,* for appellant; *James D. Craw-*

*ford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.